```
JACQUELINE SAMPAIO
30 MAIN ST STE 17
ASHLAND MA 01721
RENEWAL          03/11/2021
```

**DECLARATIONS.MASSACHUSETTS BUSINESS AUTO COVERAGE FORM SCHEDULE**
Office/Agent:
Policy No:

### ITEM THREE - SCHEDULE OF COVERED AUTOS YOU OWN
**VEHICLE INFORMATION**
DESCRIPTION

| Auto No. | Year Make Model / Vehicle Identification Number (VIN) | Cost New | Size GVW, GCW or Vehicle Seating Capacity | Territory - Town and State Where the Covered Auto will be Garaged / Territory/Premium Town/Zip |
|---|---|---|---|---|
| 010 | 2015 MERZ SPRINTER TR | 42160 | Light | ASHLAND 006 / 631 |
| 011 | 2019 MERZ SPRINTER TR | 45000 | Light | ASHLAND 006 / 631 |

**CLASSIFICATION**

| Auto No. | Use | Symbol | Age | Class | Radius | Mobile Equipment | Inspect Code | Loss of Use Amount/Days |
|---|---|---|---|---|---|---|---|---|
| 010 | Service | | 7 | 011890 | Local | | 9 | 060 / 030 |
| 011 | Service | | 3 | 011890 | Local | | 9 | 060 / 030 |

**LIABILITY LIMITS**  (* Limit(s) in Thousands)

| Auto No. | Compulsory Bodily Injury ($20,000/$40,000) Premium | Personal Injury Protection $8,000 Each Person Premium | Optional Bodily Injury * Limit | Premium | Property Damage (Compulsory Limit $5,000) * Limit | Ded. | Premium | Auto Medical Payments Limit | Premium | Uninsured Motorist (Compulsory Limits $20,000/40,000) * Limit | Premium | Underinsured Motorist * Limit | Premium |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 010 | 202 | 15 | CSL 1000 | 838 | CSL | INCL | | 5,000 | 10 | 100 300 | 10 | 100 300 | 49 |
| 011 | 202 | 15 | CSL 1000 | 838 | CSL | INCL | | 5,000 | 10 | 100 300 | 10 | 100 300 | 49 |

**PHYSICAL DAMAGE**

| Auto No. | @ Value Type and Limit | ** Specified Perils Cov. | Ded. | Premium | Comprehensive Ded. | Premium | Collision Ded. | Premium | Limited Collision Ded. | Premium | *** Waiver of Ded. | *** Loss of Use | *** Towing and Labor |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 010 | ACV | | | | 500 | 180 | 500 | 416 | | | YES | 144 | |
| 011 | ACV | | | | 500 | 250 | 500 | 641 | | | YES | 144 | |

```
  **   F - Fire Coverage,     T - Theft Coverage,     F & T - Fire and Theft Coverage,    CAC - Combined Additional Coverage
 ***   YES Designates Waiver of Deduction/Loss of Use/Towing and Labor applies.
  ##   Designates Policy Level Additional Insured-Lessor applies
   @   Designates whether Actual Cash Value, Stated Amount or Agreed Value and, except for ACV, the Limit of Liability
```

| Auto No. | Except for towing all physical damage loss is payable to you and the loss payee named below as interests may appear at the time of loss. |
|---|---|
| 010 | HUNTINGTON NATL BANK 2361 MORSE RD COLUMBUS OH 43229 |
| 011 | CITIZENS BANK*PO BOX 255587 SACRAMENTO CA 95865 |

**STAT CODES**

| AUTO NO. | CAR ID | TYPE RISK | PIP COV. | PIP DED. | BI | PD | MED | U1 | U2 | BCC | COLL | LOSS OF USE | O.T.C. | AGE | SYM | ATD | EXP. | PR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 010 | | | | 01 | | | | | | 0 | | | | 7 | | 0 | | N |
| 011 | | | | 01 | | | | | | 0 | | | | 3 | | 0 | | N |
| | | | | | | | | | | | | | | | | 0 | | 0 |
| | | | | | | | | | | | | | | | | 0 | | 0 |

| BATCH | SEQ. | REP | CURR DATE | AGENT | RUN SEQ. | END NO. | F | LAST DATE | CDT |
|---|---|---|---|---|---|---|---|---|---|
| WFS | 000 | 0 | 024 | 0 | 000 | 00 | V | 000 | |

MM 00 97 09 98                                                                                        INSURED

# HOMEOWNERS RENEWAL POLICY DECLARATIONS CERTIFICATE
## MASSACHUSETTS PROPERTY INSURANCE UNDERWRITING ASSOCIATION
Two Center Plaza, Boston, Massachusetts 02108-1904
(617)723-3800, (800)392-6108, FAX (800)932-6717

**POLICY NUMBER**

**POLICY PERIOD**
From 2/21/2021 To 2/21/2022
12:01 AM Standard time at the residence premises.

**NAMED INSURED & MAILING ADDRESS**
JACQUELINE SAMPAIO
41 PLANTATION ST
WORCESTER, MA   01604

**PRODUCER**
BUCKLEY INSURANCE AGENCY, INC.
398 BELMONT ST
WORCESTER, MA   01604

THE RESIDENCE PREMISES COVERED BY THIS POLICY IS LOCATED AT:
41 PLANTATION ST, WORCESTER, MA   01604

We will provide the insurance described in this policy in return for the premium and compliance with all applicable policy provisions.
Coverage is provided where a Premium or Limit of Liability is shown for the Coverage.

| SECTION I COVERAGES: | LIMIT OF LIABILITY | PREMIUM |
|---|---|---|
| A   Dwelling | $543,000 | $3,081 |
| B   Other Structures | $27,150 | |
| C   Personal Property | $162,900 | |
| D   Loss of Use | $162,900 | |
| **SECTION II COVERAGES:** | | |
| E   Personal Liability - each occurrence | $500,000 | $47 |
| F   Medical Payments to Others - each person | $5,000 | $11 |
| | **TOTAL BASE PREMIUM** | **$3,139** |

**DEDUCTIBLE - SECTION I:  $2,500**

**FORM & ENDORSEMENTS made part of this policy at the time of issue.**

| | | | |
|---|---|---|---|
| DED ADJ | 10/00 | DEDUCTIBLE ADJUSTMENT | -$868 |
| HO 00 03 | 10/00 | SPECIAL FORM | |
| HO 01 20 | 9/01 | SPECIAL PROVISIONS - MASSACHUSETTS | |
| HO 04 16 | 10/00 | PREMISES ALARM OR FIRE PROTECTION SYSTEM | -$71 |
| | | Credit: 2% | |
| HO 04 27 | 4/02 | LIMITED FUNGI, WET OR DRY ROT, OR BACTERIA COVERAGE | |
| | | Section I   $10,000 | |
| | | Section II  $50,000 | |
| HO 04 90 | 10/00 | PERSONAL PROPERTY REPLACEMENT COST LOSS SETTLEMENT | $462 |
| HO 04 96 | 10/00 | NO SECTION II-LIABILITY FOR HOME DAY CARE COVERAGES | |
| HO 16 10 | 1/09 | WATER EXCLUSION ENDORSEMENT | |
| HO 23 71 | 7/05 | MASSACHUSETTS TENANTS RELOCATION EXPENSE | $8 |
| HO 24 41 | 9/01 | LEAD POISONING EXCLUSION - MASSACHUSETTS | -$78 |
| HO 24 82 | 4/02 | PERSONAL INJURY | $18 |

| | |
|---|---|
| **TOTAL PREMIUM ADJUSTMENT** | **-$529** |
| **TOTAL ANNUAL PREMIUM** | **$2,610** |

THE ABOVE LIMIT OF LIABILITY FOR COVERAGE A HAS BEEN ADJUSTED TO REFLECT CURRENT RECONSTRUCTION COSTS. ALL OTHER SECTION I LIMITS HAVE BEEN ADJUSTED ACCORDINGLY.

**MORTGAGEE**
BSI FINANCIAL SERVICES
ISAOA/ATIMA
PO BOX 961260
FORT WORTH, TX   76161-0260

**RATING INFORMATION: 3 FAMILY**            Frame            **TERRITORY 45   PROTECTION 02**

**HOMEOWNERS RENEWAL POLICY DECLARATIONS CERTIFICATE**
**MASSACHUSETTS PROPERTY INSURANCE UNDERWRITING ASSOCIATION**
Two Center Plaza, Boston, Massachusetts 02108-1904
(617)723-3800, (800)392-6108, FAX (800)932-6717

**POLICY NUMBER**

POLICY PERIOD
From 2/21/2021 To 2/21/2022
12:01 AM Standard time at the residence premises.

This policy shall not be valid unless countersigned by us:    Boston, Massachusetts    1/11/2021    Countersigned: *[signature]*

**UMAHOCR**    Homeowners - MA    **INSURED COPY**