

**Geoffrey E. Snyder**
**Commissioner**

**MASSACHUSETTS DEPARTMENT OF REVENUE**
**COLLECTIONS BUREAU - BANKRUPTCY UNIT**

100 CAMBRIDGE STREET - 7th FLOOR, BOSTON
<u>Mailing Address:</u> PO BOX 9564, BOSTON, MA 02114-9564
Phone: (617) 626-3875    Fax: (617) 626-3796

**JACQUELINE O SAMPAIO**
**88 BITTERSWEET RD**
**EAST FALMOUTH, MA 02536**

Date: 09/08/2021
Chapter 13
Case Number: 21-11213 FJB
SSN: ***-**-9452
341 Hearing Date: September 21, 2021

    Please find attached a Massachusetts Department of Revenue (MDOR) Notice of Failure to File Tax Return(s) (NFF). A representative from the MDOR may be attending the meeting of creditors (341 hearing) which has been scheduled in your case for September 21, 2021 at 10:00 a.m. In preparation for your meeting, please review the attached NFF and prepare a response that may be given to the MDOR representative. It is our wish that any issues regarding delinquent tax returns be resolved at the 341 hearing. Failure to do so will result in the MDOR filing a proof of claim containing estimated assessments for the delinquent periods.

    Your response may be to either file the delinquent returns at the time of hearing. Or, if you believe you have filed or paid the return(s) provide signed copies of the returns and any cancelled checks that may apply (please include W-2's for any withholding claimed). Or, if you believe you were not required to file returns for the delinquent periods, please provide a written statement (affidavit), signed under the penalty of perjury providing the reason you were not required to file.

    If a MDOR representative does not attend your 341 hearing, please forward your information or questions to the undersigned or you may contact Isabel Jean, Director at (617) 626-3820.

**IF YOU HAVE NOT FILED THESE TAX RETURNS**
**You must send completed tax returns for these tax periods within 30 days to the mailing address at the top of this notice.**

**DO NOT SEND COMPLETED TAX RETURNS TO ANY OTHER ADDRESS!**
**Do not send completed tax returns to any address shown on MDOR tax returns, forms, instructions, or pre-printed envelopes while you are in bankruptcy. This can cause processing errors, and may cause MDOR to issue notices which should not be sent to you while you are in bankruptcy. Do not send any payment with your completed tax returns. Any tax amounts you owe must be paid under your bankruptcy. To obtain tax forms, visit mass.gov/dor/forms or call (617) 887-6367.**

**IF YOU HAVE FILED THESE TAX RETURNS**
**Send clear copies of the tax returns which you filed, copies of the front and back of any canceled check or money order used to pay the tax and any applicable W-2's, schedules, etc. to the mailing address at the top of this notice.**

**IF YOU BELIEVE YOU WERE NOT REQUIRED TO FILE THESE TAX RETURNS**
Send a written statement signed under penalty of perjury explaining why you were not required to file these tax returns, along with any documentation you believe supports your position, to the mailing address at the top of this notice.

GEOFFREY E. SNYDER
COMMISSIONER
MASSACHUSETTS DEPARTMENT OF REVENUE

By his duly authorized agent,

/s/ Shauna Carballeira
MASSACHUSETTS DEPARTMENT OF REVENUE
BANKRUPTCY UNIT - COLLECTIONS BUREAU
100 CAMBRIDGE STREET, PO BOX 9564
BOSTON, MA 02114-9564
(617) 626-3875



**Geoffrey E. Snyder**
**Commissioner**

**MASSACHUSETTS DEPARTMENT OF REVENUE**
**COLLECTIONS BUREAU - BANKRUPTCY UNIT**

100 CAMBRIDGE STREET - 7th FLOOR, BOSTON
<u>Mailing Address:</u> PO BOX 9564, BOSTON, MA 02114-9564
Phone: (617) 626-3875    Fax: (617) 626-3796

**JACQUELINE O SAMPAIO**
**88 BITTERSWEET RD**
**EAST FALMOUTH, MA 02536**

Date: 09/08/2021
**Chapter 13**
Case Number: 21-11213 FJB
SSN: \*\*\*-\*\*-9452

### NOTICE BY COMMISSIONER OF MASSACHUSETTS DEPARTMENT OF REVENUE OF UNFILED PREPETITION TAX RETURNS AND REQUEST FOR THE SAME

**PLEASE BE ADVISED** that the records of the Massachusetts Department of Revenue ("MDOR") indicate that you have not filed certain tax returns that you appear to be required to file. The accompanying schedule lists what these presently appear to be. MDOR hereby demands that you file all Massachusetts tax returns that you have been required to file but have not filed, including those listed on the schedule.

**PLEASE TAKE NOTE** that Section 1308(a) of the Bankruptcy Code requires that no later than the day before the first scheduled meeting of creditors in your Chapter 13 case you must have filed with the appropriate taxing authorities all returns that were required to be filed for all taxable periods ending during the four (4) year period ending on the filing of your petition. While under appropriate circumstances the trustee or the court can extend that deadline, the failure(s) to file any of those returns before the required or extended deadline are grounds under Section 1307(e) of the Bankruptcy Code for dismissal or the conversion to Chapter 7 of your case. Under applicable law, the burden is upon you to demonstrate that you were not legally required to file a return for each tax period, if that is your position. However, if the return is one required by Section 1308(a) and the original or extended deadline has passed without filing the return(s), even if the dispute is not resolved by then, then your case can still be dismissed or converted to Chapter 7 if the court finds that you do not meet your burden.

**PLEASE ALSO BE ADVISED THAT** unless we receive a tax return for each tax period of each tax type as set forth in the schedule within thirty (30) days of this notice (whether the return is a required one under Section 1308(a) or not), then in accordance with G.L. c. 62C, § 28, MDOR may determine the tax due according to our best information and belief (Any such assessment(s) would be in addition to any exercise or pursuit of such other rights and remedies).

If you have an attorney representing you in this case, you may wish to consult your attorney on these issues. If there are any further questions, your attorney or you may contact the Massachusetts Department of Revenue Bankruptcy Unit at (617) 626-3875 or confer with the MDOR representative at your Section 341 meeting of creditors should one be in attendance.

| Account Type | Filing Period | Filing Status |
|---|---|---|
| Personal Income Tax | 12/31/2017 | |
| Personal Income Tax | 12/31/2018 | |
| Personal Income Tax | 12/31/2020 | |

***PLEASE TAKE FURTHER NOTICE*** *that Geoffrey E. Snyder, as he is Commissioner of Revenue for the Commonwealth of Massachusetts, by and through his undersigned agent, hereby makes demand upon the Debtor to file forthwith the above-identified tax returns.*

GEOFFREY E. SNYDER
COMMISSIONER
MASSACHUSETTS DEPARTMENT OF REVENUE

**By his duly authorized agent,**

/s/ Shauna Carballeira
**MASSACHUSETTS DEPARTMENT OF REVENUE
BANKRUPTCY UNIT - COLLECTIONS BUREAU
100 CAMBRIDGE STREET, PO BOX 9564
BOSTON, MA 02114-9564
(617) 626-3875**



**Geoffrey E. Snyder**
**Commissioner**

**MASSACHUSETTS DEPARTMENT OF REVENUE**
**COLLECTIONS BUREAU - BANKRUPTCY UNIT**

100 CAMBRIDGE STREET - 7th FLOOR, BOSTON
PO BOX 9564, BOSTON, MA 02114-9564
Phone: (617) 626-3875     Fax: (617) 626-3796

In re: JACQUELINE O SAMPAIO

Chapter 13
Case Number: 21-11213 FJB

### CERTIFICATE OF SERVICE

I, Shauna Carballeira, hereby certify that I have caused the attached Commissioner of the Massachusetts Department of Revenue's Notice of Unfiled Prepetition Tax Returns and Request For The Same Pursuant To 11 U.S.C. Section 1308, to be served by first class mail, postage prepaid, upon parties or persons appearing on the accompanying SERVICE LIST attached hereto who were not listed as being served electronically upon.

**CYNTHIA RAVOSA**
**1 SOUTH AVENUE**
**NATICK, MA 01760-0000**

**Chapter 13 Trustee**
**PO BOX 8250**
**BOSTON, MA 02114**

/s/ Shauna Carballeira
**MASSACHUSETTS DEPARTMENT OF REVENUE**
**09/08/2021**