UNITED STATES BANKRUPTCY COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>Sampaio, Jacqueline de Oliveira<br><br>Debtor | Chapter 13<br>Case No. 21-11213 |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

Now comes Van Dam Law LLP and hereby files its Notice of Appearance and Request for Notice on behalf of Avidia Bank.

           Respectfully submitted,
           Avidia Bank
           By its attorney,

           /s/ Michael Van Dam
           Michael Van Dam, Esq. (BBO# 653979)
           Van Dam Law LLP
           233 Needham Street
           Newton, MA 02464
           Tel: 617-969-2900
           Fax: 617-964-4631

           Dated: September 10, 2021

## CERTIFICATE OF SERVICE

I, Michael Van Dam, hereby certifies that the attached Notice has been served by the CM/ECF system on September 10, 2021 upon the following party:

Cynthia Ravosa, Esq. (attorney for Debtor)

Carolyn Bankowski, Esq.

    Respectfully submitted,
    Avidia Bank, by its
    Attorneys,

    /s/ Michael Van Dam
    Michael Van Dam, Esq.
    (BBO # 653979)
    Van Dam Law LLP
    233 Needham Street
    Needham, MA 02464
    Tel: 617-969-2900
    Fax: 617-964-4631